)

FILED'05 SEP 21 12:08USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNDER SEAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05- 376 |
| | ) | |
| v. | ) | **I N D I C T M E N T** |
| | ) | |
| **JASON MICHAEL MERRIGAN,** | ) | |
| a.k.a. Yassin Abdurrahman, | ) | Possession of Firearm by Prohibited Person |
| | ) | [18 U.S.C. §§ 2, 922(g)(1), 924(a)(2) and |
| Defendant. | ) | 924(d); 28 U.S.C. § 2461(c)] |
| | ) | |
| | ) | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**COUNT 1**

**(Possession of Firearm by Prohibited Person)**

On or about May 28, 2005, in the District of Oregon, the defendant **JASON MICHAEL**

**MERRIGAN** a.k.a. Yassin Abdurrahman, having been previously convicted in Oregon of one or

more crimes punishable by imprisonment for a term exceeding one year as follows:

(a)     Possession of a Controlled Substance, Multnomah County Circuit Court, case

number 00-11-39051, in 2000;

(b)     Forgery, 1st Degree, Multnomah County Circuit Court, case number C9908-

36272, in 1999;

(c)     Theft, 1st Degree, Washington County Circuit Court, case number C980200CR, in

1998;

(d)     Possession of a Controlled Substance, Multnomah County Circuit Court, case

number C9709-36969, in 1997;

(e)     Escape, 2nd Degree, Washington County Circuit Court, case number C970043CR,

in 1997;

(f)     Possession of a Controlled Substance, Multnomah County Circuit Court, case

number C95-08-36441, in 1995; and

(g)     Possession of a Controlled Substance, Multnomah County Circuit Court, Case

number C95-06-35636, in 1995,

did knowingly possess one or more of the following firearms or rounds of ammunition which had

previously been transported in interstate or foreign commerce:

(a)     one SAIGA Russian rifle, 7.62x39 caliber, serial number H04102389;

(b)     one SA Cugir Romarm rifle, WASR-10, 7.62x39 caliber, serial number 1-50193-

03;

(c)     one Hi-Point pistol, model JHP, .45 caliber, serial number X422464;

(d)     one Glock pistol, model 23, .40 caliber, serial number CFX986US;

(e)     one shotgun, 12 gauge, unknown manufacturer, no visible serial number; and

(f)     approximately fifteen rounds of .40 caliber, five rounds of .45 caliber, three

rounds of 7.62x39 caliber and one round of 12 gauge ammunition;

In violation of Title 18, United States Code, Sections 2, 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

As a result of having committed the offenses alleged in Count 1 of this indictment,

defendant **JASON MICHAEL MERRIGAN** a.k.a. Yassin Abdurrahman shall forfeit to the

**Page 2 - INDICTMENT**

United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) the firearms and ammunition involved in that offense, including without limitation:

(a)     one SAIGA Russian rifle, 7.62x39 caliber, serial number H04102389;

(b)     one SA Cugir Romarm rifle, WASR-10, 7.62x39 caliber, serial number 1-50193-03;

(c)     one Hi-Point pistol, model JHP, .45 caliber, serial number X422464;

(d)     one Glock pistol, model 23, .40 caliber, serial number CFX986US;

(e)     one shotgun, 12 gauge, unknown manufacturer, no visible serial number;

(f)     one Arcus pistol, 9 mm, model 98DAC, serial number 20GH400894; and

(g)     approximately fifteen rounds of .40 caliber, five rounds of .45 caliber, three rounds of 7.62x39 caliber and one round of 12 gauge ammunition.

DATED this **20** day of September 2005.

A TRUE BILL.

Presented by:

KARIN J. IMMERGUT, OSB #96314
United States Attorney

DAVID L. ATKINSON, OSB #75021
Assistant United States Attorney

**Page 3 - INDICTMENT**