# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

Case No.: **CR 05-376 HA**  Date of Proceeding: **9-23-05**

**Presiding Judge:** Donald C. Ashmanskas  **Courtroom Deputy:** Paul Gale
**Recorded:** FTR by Paul Gale  AUSA: **Charles Gorder**
 (for: **David Atkinson**)

Please use the above case number and initials on all future documents and correspondence in this action.

**DOCKET ENTRY:**

[ ] Interpreter(s): _____

**Record of time set for:** [X] First/[ ] Initial appearance [X] Arraignment [X] Detention hearing/review [ ] Status hearing
[ ] Pretrial/[ ] Supervised release hearing [ ] Preliminary hearing [ ] A/W from another district/Rule 5.1 or 32.1 proceedings.
[X] ORDER - Appointing Federal Defender/CJA attorney to represent defendant(s). **for today only.**
[X] ORDER - Defendant to proceed as named.
[ ] Defendant(s) advised of charges [X] Defendant(s) waived reading of the Complaint, Indictment or Information.
[X] Defendant(s) advised of rights [ ] Defendant(s) waived advice of rights.
[ ] Defendant(s) waived [ ] Identity hearing [ ] Preliminary hearing [ ] Removal hearing.
[ ] ORDER - (Re)setting/continuing [ ] Arraignment [ ] Preliminary [ ] Detention [ ] Status [ ] Rule 5.1 or 32.1 hearing before the duty Magistrate Judge on: _____
[ ] Government witness sworn: _____
[ ] ORDER - Finding probable cause. [ ] ORDER - Finding lack of probable cause for defendant.
[X] ORDER - Defendant's plea of not-guilty entered.
[X] ORDER - Setting trial before Judge **Haggerty** on **Tuesday, November 22,** 2005, at 9:00 a.m.
[ ] ORDER - Defendant is released on conditions (see separate order).
[X] ORDER - Defendant is detained [X] flight risk [X] danger [ ] pending further hearing.
[X] ORDER - Discovery due in 10 days and motions due in 21 days.
[ ] ORDER - Setting revocation hearing before Judge _____ on _____ at _____.
[X] **Order – Oral request by Mr. Gorder to unseal the Indictment is granted by Judge Ashmanskas.**
(OTD: **12-2-05** - Gov't case: **3** days)

**DEFENDANT**
(1) **Jason Michael Merrigan**
[X] Present [ ] O/R [ ] Bond [X] Custody

**COUNSEL**
(1) **Matthew Rubenstein** (today only)
[X] Present [X] Appointed [ ] Retained

(2) _____
[ ] Present [ ] O/R [ ] Bond [ ] Custody

(2) _____
[ ] Present [ ] Appointed [ ] Retained

(3) _____
[ ] Present [ ] O/R [ ] Bond [ ] Custody

(3) _____
[ ] Present [ ] Appointed [ ] Retained

[ ] Chambers  [ ] Probation
[ ] Counsel of Record  [ ] Pretrial Services   Document No.: _____
[ ] Jury Clerk  [ ] U.S. Marshal   CRIMINAL MINUTES

Criminal Minutes
Revised June 10, 2004