DET ORD (10/02)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CR  05-376-HA |
| v. ) | |
| ) | ORDER OF DETENTION AFTER |
| Merrigan, Jason ) | HEARING (18 USC § 3142(i)) |
| Defendant(s) ) | |

☐ On motion of the Government involving an alleged:
  ☐ risk to the safety of any other person or the community for cases involving crimes described in 18 USC § 3142(f)(1)
  ☐ serious risk defendant will flee:
  ☐ serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate a prospective witness or juror or attempt to do so,

☒ Upon consideration by the court *sua sponte* involving a:
  ☒ serious risk defendant will flee:
  ☐ serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate a prospective witness or juror or attempt to do so,

Having considered the nature and circumstances of the offense charged, the weight of evidence against the defendant, the history and characteristics of the defendant, and the nature and seriousness of the danger to any person and to the community that would be posed by the defendant's release, the court finds that:

☒ No condition or combination of conditions will reasonably assure the appearance of defendant as required due to:
  ☐ Foreign citizenship and/or illegal alien  ☐ Information unverified/unverifiable  ☐ In custody/serving sentence
  ☐ ICE detainer                              ☒ Unknown family/employment/community ties
  ☐ Deportation(s)                            ☐ Unstable/ no residence available     ☒ Outstanding warrant(s)
  ☒ Multiple or false identification          ☒ Substance use/abuse                  ☒ Prior supervision failure(s)
  ☒ Aliases                                   ☐ Mental health issues                 ☒ Prior failure(s) to appear
  ☐ Other _____

☒ No condition or combination of conditions will reasonably assure the safety of other persons and the community due to:
  ☐ Nature of offense              ☒ Substance use/abuse
  ☒ Prior supervision failure(s)   ☐ Mental health issues
  ☐ Arrest behavior                ☐ Violent behavior
  ☒ Possession of weapon(s)        ☐ Other _____
  ☒ Criminal history
  ☐ Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 USC § 3142(e).

**THEREFORE, IT IS ORDERED** that:
  1. ☒ Defendant is detained prior to trial;
  2. ☐ Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separated, as far as practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
  3. Defendant shall be afforded a reasonable opportunity for private consultation with his counsel;
  4. The superintendent of the corrections facility in which defendant is confined shall make the defendant available to the United States Marshal for the purpose of appearance in connection with any court proceeding.

DATED: 9-23-2005

_____
United States District/Magistrate Judge

1 - DETENTION ORDER