ATF

# UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED '05 SEP 26 16:11 USDC-ORP

**UNDER SEAL**

UNITED STATES OF AMERICA

V.

JASON MICHAEL MERRIGAN
a.k.a. Yassin Abdurrahman

## WARRANT FOR ARREST

Case Number: CR. 05-376-HA

To: The United States Marshal
    or any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>JASON MICHAEL MERRIGAN a.k.a. Yassin Abdurrahman</u>

and bring him or her forthwith to the nearest magistrate to answer a(n)

X  Indictment   _ Information   _ Order of Court   _ Violation Notice   _ Probation Violation Petition

charging him or her with: Possession of Firearm by Prohibited Person

in violation of Title 18 U.S.C. §§ 2, 922(g)(1); 924(a)(2), (d); 28 U.S.C. §2461(c)

Donald M. Cinnamond                            Clerk, US District Court
Name of Issuing Officer                         Title of Issuing Officer

_____                September 21, 2005, Portland, Oregon
Signature of Issuing Officer, Deputy Division Manager    Date and Location

Bail fixed at **PRETRIAL DETENTION REQUESTED**   by  JANICE M. STEWART, U.S. MAGISTRATE JUDGE
                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  courthouse |

| Date Received 9/23/05 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 9/23/05 | John Moody DUSM | [signature] |