# UNITED STATES DISTRICT COURT

for

**District of Oregon**

U.S. MARSHALS

2011 JAN 12 AM 11 32

FILED '11 1 26 14:46 USDC-ORP

U.S.A. vs **JASON MICHAEL MERRIGAN**

Docket No. CR 05-376-01-MO

TO:[1]   Any U.S. Marshal or any other authorized officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF PROBATIONER/SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Jason Michael Merrigan | Male | White | 35 |

ADDRESS (STREET, CITY, STATE)
**In custody at the Clackamas County Jail**

| SENTENCE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court, Portland, Oregon | 5-15-2006 |

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
**U.S. District Court, Portland, Oregon**

Mary L. Moran, Clerk of the Court
CLERK         (DEPUTY CLERK)         DATE  JAN 12 2011

### RETURN

Warrant received and executed.

| Date Received | Date Executed |
|---|---|
| 01/12/2011 | 01/26/2011 |

EXECUTING AGENCY (NAME AND ADDRESS)
USMS 1000 SW 3rd Ave, Portland, OR

| NAME | (BY) | DATE |
|---|---|---|
| R. Burger | Ray Axl | 01/26/2011 |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for_____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."