FILED'11 2 9 15:55 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 05-376-01-MO |
| v. | ORDER CONTINUING AND MODIFYING |
| JASON MICHAEL MERRIGAN, | SUPERVISED RELEASE TERM |
| Defendant. | |

On May 15, 2006, this Court sentenced defendant to the custody of the Bureau of Prisons for a period of 50 months to be followed by a 3-year term of supervised release subject to standard and special conditions. The term of supervised release began June 12, 2009.

On January 12, 2011, this Court issued a Warrant of Arrest and Order to Show Cause why defendant's term of supervised release should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

On February 7, 2011, defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The defendant admitted he had violated the conditions of supervised release as alleged by the probation officer.

It is the finding of the Court that defendant has engaged in conduct which constitutes a

violation of the conditions of supervised release by failing to submit to urinalysis testing, use of a controlled substance, and failing obey all laws as he was convicted of the crime of Contempt of Court.

It now appearing to the Court defendant is suitable for continued community supervision.

**IT IS ORDERED** defendant's term of supervised release is continued subject to the previously imposed standard and special conditions and the following added special conditions: 1) The defendant shall reside in and participate in the program of an inpatient drug treatment center, as directed by the probation officer, for a period not to exceed 180 days and; 2) The defendant shall reside in and satisfactorily participate in a residential reentry center to include a prerelease component, if determined appropriate by the residential reentry center manager and the U.S. Probation Officer, for up to 120 days or until discharged by the residential reentry center manager and the U.S. Probation Officer.

**IT IS FURTHER ORDERED** that the defendant shall remain in the custody of the U.S. Marshals Service until a bed becomes available at an inpatient substance abuse treatment program. The defendant is to be released at the direction of the U.S. Probation Officer.

All other aspects of the original judgment order shall remain in full force and effect.

DATED this ___8___ day of February, 2011.

_____
The Honorable Michael W. Mosman
U.S. District Judge